# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE: )
) Proceedings Under Chapter 13
ALBERT DEWAYNE STURDIVANT, ) of the Bankruptcy Code
SSN: XXX-XX-9765 )
) Case No. _____
Debtor(s). )

## EMPLOYEE INCOME RECORDS

1. Copies of all payment advices (payroll studs) or other evidence of payment received within 60 days before the date of the filing of petition, by the debtor from any employer of the debtor:

   See attached.

2. Statement of the amount of monthly net income itemized to show how the amount is calculated:

   | Gross Monthly Income: | $3,989.00 |
   | Payroll Taxes: | 778.00 |
   | Insurance: | 540.00 |
   | Voluntary Retirement: | 154.00 |
   | Repayment Retirement: | 166.00 (fund loans) |
   | Life Insurance: | 24.00 |
   | Net Monthly Income: | $2,327.00 |
   | Estimated Income Tax Refund: | 726.00 |
   | Estimated Net Income: | $3,053.00 |

3. Statement disclosing any reasonably anticipated increase in income or expenditures over the 12 month period following the date of the filing of the petition:

   None.

```
ALBERT STURDIVANT
Employee Number: 00025330                CMC Mills                                Cost Center: 200261
Pay Period: 03/01/2015 - 03/07/2015      0212 CMC Steel Alabama    10002055  CMC STEEL AL SHIP CREW
                                         Payroll Area: W1  Pay Date: 03/12/2015
```

| | Earnings | Taxes | Deductions | Net Pay | | FED AL | Mar.Status Single Head of | Exemptions 04 02 | Addl. Amount 0.00 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| Current | 1,207.22 | 230.67 | 204.52 | 772.03 | | | | | |
| YTD | 14,173.60 | 3,060.55 | 2,108.19 | 9,004.86 | | | | | |

| Earnings | Retro Period | Hrs | Rate | Current | YTD | | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 8,714.00 | | 40KLDed | 38.15 | 381.50 |
| Overtime Base - 1 1/2 | | 9.75 | 22.10 | 215.48 | 3,015.81 | | Med EE | 102.75 | 1,027.50 |
| Overtime Premium 1 1/2 | | 9.75 | 11.05 | 107.74 | 1,508.54 | | Dent EE | 16.00 | 160.00 |
| Holiday Pay | | | | | 261.00 | | Visn EE | 6.02 | 60.20 |
| Time Bank Paid | | | | | 565.50 | | 401K | 36.25 | 425.49 |
| Time Bank Sell Back | | | | | 108.75 | | OptLfEmp | 1.09 | 10.90 |
| Other Non-Paid Income | | | | Current | YTD | | OptLfSp | 3.56 | 35.60 |
| EE GTLI Taxable | | | | 0.97 | 9.52 | | OptLfCh | 0.70 | 7.00 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD | | Current Net Pay Distribution | |
|---|---|---|---|---|---|---|---|---|
| W/H     EE FED | 95.42 | 1,449.18 | W/H tax   FED | 1,047.17 | 12,509.93 | | MUTUAL SAVINGS C | 772.03 |
| OASDI EE FED | 67.18 | 802.00 | OASDI EE FED | 1,083.42 | 12,935.42 | | | |
| MedcarEE FED | 15.71 | 187.56 | Medic EE FED | 1,083.42 | 12,935.42 | | | |
| W/H     EE AL | 41.53 | 492.46 | W/H tax   AL | 1,047.17 | 12,509.93 | | | |
| Occup.EE AL0G | 10.83 | 129.35 | Occup.EE AL0G | 1,083.42 | 12,935.42 | | | |

Vacation Balance     80.00          Time Bank Balance :    33.50

| | Earnings | Taxes | Deductions | Net Pay | | Mar.Status | Exemptions | Addl. Amount |
|---|---|---|---|---|---|---|---|---|
| Current | 1,588.44 | 367.58 | 215.95 | 1,004.91 | FED | Single | 04 | 0.00 |
| YTD | 15,762.04 | 3,428.13 | 2,324.14 | 10,009.77 | AL | Head of | 02 | 0.00 |

ALBERT STURDIVANT
Employee Number: 00025330
Pay Period: 03/08/2015 - 03/14/2015
CMC Mills
0212 CMC Steel Alabama    10002055   CMC STEEL AL SHIP CREW
Cost Center: 200261
Payroll Area: W1  Pay Date: 03/19/2015

| Earnings | Retro Period | Hrs | Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 9,598.00 |
| Overtime Base - 1 1/2 | | 21.25 | 22.10 | 469.63 | 3,485.44 |
| Overtime Premium 1 1/2 | | 21.25 | 11.05 | 234.81 | 1,743.35 |
| Holiday Pay | | | | | 261.00 |
| Time Bank Paid | | | | | 565.50 |
| Time Bank Sell Back | | | | | 108.75 |
| Other Non-Paid Income | | | | Current | YTD |
| EE GTLI Taxable | | | | 0.97 | 10.49 |

| Deductions | Current | YTD |
|---|---|---|
| 40KLDed | 38.15 | 419.65 |
| Med EE | 102.75 | 1,130.25 |
| Dent EE | 16.00 | 176.00 |
| Visn EE | 6.02 | 66.22 |
| 401K | 47.68 | 473.17 |
| OptLfEmp | 1.09 | 11.99 |
| OptLfSp | 3.56 | 39.16 |
| OptLfCh | 0.70 | 7.70 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD |
|---|---|---|---|---|---|
| W/H   EE FED | 185.37 | 1,634.55 | W/H tax  FED | 1,416.96 | 13,926.89 |
| OASDI EE FED | 90.80 | 892.80 | OASDI EE FED | 1,464.64 | 14,400.06 |
| MedcarEE FED | 21.24 | 208.80 | Medic EE FED | 1,464.64 | 14,400.06 |
| W/H   EE AL | 55.52 | 547.98 | W/H tax  AL | 1,416.96 | 13,926.89 |
| Occup.EE AL0G | 14.65 | 144.00 | Occup.EE AL0G | 1,464.64 | 14,400.06 |

| Current Net Pay Distribution | |
|---|---|
| MUTUAL SAVINGS C | 1,004.91 |

Vacation Balance    80.00              Time Bank Balance    34.12

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,588.44 | 367.59 | 215.95 | 1,004.90 |
| YTD | 17,350.48 | 3,795.72 | 2,540.09 | 11,014.67 |

ALBERT STURDIVANT
Employee Number: 00025330
Pay Period: 03/15/2015 - 03/21/2015

CMC Mills
0212 CMC Steel Alabama    10002055    Cost Center: 200261    CMC STEEL AL SHIP CREW
Payroll Area: W1   Pay Date: 03/26/2015

| | Mar.Status | Exemptions | Addl. Amount |
|---|---|---|---|
| FED | Single | 04 | 0.00 |
| AL | Head of | 02 | 0.00 |

| Earnings | Retro Period | Hrs | Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 10,482.00 |
| Overtime Base - 1 1/2 | | 21.25 | 22.10 | 469.63 | 3,955.07 |
| Overtime Premium 1 1/2 | | 21.25 | 11.05 | 234.81 | 1,978.16 |
| Holiday Pay | | | | | 261.00 |
| Time Bank Paid | | | | | 565.50 |
| Time Bank Sell Back | | | | | 108.75 |

| Other Non-Paid Income | | | | Current | YTD |
|---|---|---|---|---|---|
| EE GTLI Taxable | | | | 0.97 | 11.46 |

| Deductions | Current | YTD |
|---|---|---|
| 40KLDed | 38.15 | 457.80 |
| Med EE | 102.75 | 1,233.00 |
| Dent EE | 16.00 | 192.00 |
| Visn EE | 6.02 | 72.24 |
| 401K | 47.68 | 520.85 |
| OptLfEmp | 1.09 | 13.08 |
| OptLfSp | 3.56 | 42.72 |
| OptLfCh | 0.70 | 8.40 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD |
|---|---|---|---|---|---|
| W/H EE FED | 185.37 | 1,819.92 | W/H tax FED | 1,416.96 | 15,343.85 |
| OASDI EE FED | 90.81 | 983.61 | OASDI EE FED | 1,464.64 | 15,864.70 |
| MedcarEE FED | 21.24 | 230.04 | Medic EE FED | 1,464.64 | 15,864.70 |
| W/H EE AL | 55.52 | 603.50 | W/H tax AL | 1,416.96 | 15,343.85 |
| Occup.EE AL0G | 14.65 | 158.65 | Occup.EE AL0G | 1,464.64 | 15,864.70 |

| Current Net Pay Distribution | |
|---|---|
| MUTUAL SAVINGS C | 1,004.90 |

Vacation Balance    80.00    Time Bank Balance    34.73

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| ALBERT STURDIVANT<br>Employee Number: 00025330<br>Pay Period: 03/22/2015 - 03/28/2015 | | | | CMC Mills<br>0212 CMC Steel Alabama<br>Payroll Area: W1  Pay Date: 04/02/2015 | Cost Center: 200261<br>10002055 CMC STEEL AL SHIP CREW |
| Current<br>YTD | 1,207.22<br>18,557.70 | 230.66<br>4,026.38 | 204.52<br>2,744.61 | 772.04<br>11,786.71 |

| | Mar.Status | Exemptions | Addl. Amount |
|---|---|---|---|
| FED | Single | 04 | 0.00 |
| AL | Head of | 02 | 0.00 |

| Earnings | Retro Period | Hrs | Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 11,366.00 |
| Overtime Base - 1 1/2 | | 9.75 | 22.10 | 215.48 | 4,170.55 |
| Overtime Premium 1 1/2 | | 9.75 | 11.05 | 107.74 | 2,085.90 |
| Holiday Pay | | | | | 261.00 |
| Time Bank Paid | | | | | 565.50 |
| Time Bank Sell Back | | | | | 108.75 |
| Other Non-Paid Income | | | | Current | YTD |
| EE GTLI Taxable | | | | 0.97 | 12.43 |

| Deductions | Current | YTD |
|---|---|---|
| 40KLDed | 38.15 | 495.95 |
| Med EE | 102.75 | 1,335.75 |
| Dent EE | 16.00 | 208.00 |
| Visn EE | 6.02 | 78.26 |
| 401K | 36.25 | 557.10 |
| OptLfEmp | 1.09 | 14.17 |
| OptLfSp | 3.56 | 46.28 |
| OptLfCh | 0.70 | 9.10 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD |
|---|---|---|---|---|---|
| W/H EE FED | 95.42 | 1,915.34 | W/H tax FED | 1,047.17 | 16,391.02 |
| OASDI EE FED | 67.17 | 1,050.78 | OASDI EE FED | 1,083.42 | 16,948.12 |
| MedcarEE FED | 15.71 | 245.75 | Medic EE FED | 1,083.42 | 16,948.12 |
| W/H EE AL | 41.53 | 645.03 | W/H tax AL | 1,047.17 | 16,391.02 |
| Occup.EE AL0G | 10.83 | 169.48 | Occup.EE AL0G | 1,083.42 | 16,948.12 |

| Current Net Pay Distribution | |
|---|---|
| MUTUAL SAVINGS C | 772.04 |

Vacation Balance     80.00          Time Bank Balance:     35.35

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,588.44 | 367.59 | 215.95 | 1,004.90 |
| YTD | 20,146.14 | 4,393.97 | 2,960.56 | 12,791.61 |

ALBERT STURDIVANT
Employee Number: 00025330
Pay Period: 03/29/2015 - 04/04/2015

CMC Mills
0212 CMC Steel Alabama    10002055   CMC STEEL AL SHIP CREW
Payroll Area: W1  Pay Date: 04/09/2015
Cost Center: 200261

| | Mar.Status | Exemptions | Addl. Amount |
|---|---|---|---|
| FED | Single | 04 | 0.00 |
| AL | Head of | 02 | 0.00 |

| Earnings | Retro Period | Hrs | Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 12,250.00 |
| Overtime Base - 1 1/2 | | 21.25 | 22.10 | 469.63 | 4,640.18 |
| Overtime Premium 1 1/2 | | 21.25 | 11.05 | 234.81 | 2,320.71 |
| Holiday Pay | | | | | 261.00 |
| Time Bank Paid | | | | | 565.50 |
| Time Bank Sell Back | | | | | 108.75 |

| Other Non-Paid Income | | | | Current | YTD |
|---|---|---|---|---|---|
| EE GTLI Taxable | | | | 0.97 | 13.40 |

| Deductions | Current | YTD |
|---|---|---|
| 40KLDed | 38.15 | 534.10 |
| Med EE | 102.75 | 1,438.50 |
| Dent EE | 16.00 | 224.00 |
| Visn EE | 6.02 | 84.28 |
| 401K | 47.68 | 604.78 |
| OptLfEmp | 1.09 | 15.26 |
| OptLfSp | 3.56 | 49.84 |
| OptLfCh | 0.70 | 9.80 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD |
|---|---|---|---|---|---|
| W/H  EE FED | 185.37 | 2,100.71 | W/H tax  FED | 1,416.96 | 17,807.98 |
| OASDI EE FED | 90.81 | 1,141.59 | OASDI EE FED | 1,464.64 | 18,412.76 |
| MedcarEE FED | 21.24 | 266.99 | Medic EE FED | 1,464.64 | 18,412.76 |
| W/H   EE AL | 55.52 | 700.55 | W/H tax   AL | 1,416.96 | 17,807.98 |
| Occup.EE AL0G | 14.65 | 184.13 | Occup.EE AL0G | 1,464.64 | 18,412.76 |

| Current Net Pay Distribution | |
|---|---|
| MUTUAL SAVINGS C | 1,004.90 |

Vacation Balance       80.00           Time Bank Balance       35.97

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| ALBERT STURDIVANT<br>Employee Number: 00025330<br>Pay Period: 04/05/2015 - 04/11/2015 | | | | CMC Mills<br>0212 CMC Steel Alabama 10002055 CMC STEEL AL SHIP CREW<br>Payroll Area: W1 Pay Date: 04/16/2015 Cost Center: 200261 |
| Current<br>YTD | 1,182.35<br>21,328.49 | 223.86<br>4,617.83 | 347.54<br>3,308.10 | 610.95<br>13,402.56 |

| | | | | FED AL | Mar.Status<br>Single<br>Head of | Exemptions<br>04<br>02 | Addl. Amount<br>0.00<br>0.00 |

| Earnings | Retro Period | Hrs | Rate | Current | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 13,134.00 |
| Overtime Base - 1 1/2 | | 9.00 | 22.10 | 198.90 | 4,839.08 |
| Overtime Premium 1 1/2 | | 9.00 | 11.05 | 99.45 | 2,420.16 |
| Holiday Pay | | | | | 261.00 |
| Time Bank Paid | | | | | 565.50 |
| Time Bank Sell Back | | | | | 108.75 |

| Other Non-Paid Income | | | | Current | YTD |
|---|---|---|---|---|---|
| EE GTLI Taxable | | | | 0.97 | 14.37 |

| Deductions | Current | YTD |
|---|---|---|
| 40KLDed | 38.15 | 572.25 |
| Med EE | 102.75 | 1,541.25 |
| Dent EE | 16.00 | 240.00 |
| Visn EE | 6.02 | 90.30 |
| 401K | 35.50 | 640.28 |
| OptLfEmp | 1.09 | 16.35 |
| OptLfSp | 3.56 | 53.40 |
| OptLfCh | 0.70 | 10.50 |
| StdtLoan | 143.77 | 143.77 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD |
|---|---|---|---|---|---|
| W/H EE FED | 91.80 | 2,192.51 | W/H tax FED | 1,023.05 | 18,831.03 |
| OASDI EE FED | 65.63 | 1,207.22 | OASDI EE FED | 1,058.55 | 19,471.31 |
| MedcarEE FED | 15.34 | 282.33 | Medic EE FED | 1,058.55 | 19,471.31 |
| W/H EE AL | 40.50 | 741.05 | W/H tax AL | 1,023.05 | 18,831.03 |
| Occup.EE AL0G | 10.59 | 194.72 | Occup.EE AL0G | 1,058.55 | 19,471.31 |

| Current Net Pay Distribution | |
|---|---|
| MUTUAL SAVINGS C | 610.95 |

Vacation Balance 80.00 Time Bank Balance 36.58

| ALBERT STURDIVANT | | | | CMC Mills | | | | Cost Center: 200261 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Number: 00025330 | | | | 0212 CMC Steel Alabama 10002055 CMC STEEL AL SHIP CREW | | | | | | |
| Pay Period: 04/12/2015 - 04/18/2015 | | | | Payroll Area: W1 Pay Date: 04/23/2015 | | | | | | |
| | Earnings | Taxes | Deductions | Net Pay | | | FED AL | Mar.Status Single Head of | Exemptions 04 02 | Addl. Amount 0.00 0.00 |
| Current YTD | 812.18 22,140.67 | 122.73 4,740.56 | 296.08 3,604.18 | 393.37 13,795.93 | | | | | | |

| Earnings | Retro Period | Hrs | Rate | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | | 36.75 | 22.10 | 812.18 | 13,946.18 | 40KLDed | 38.15 | 610.40 |
| Overtime Base - 1 1/2 | | | | | 4,839.08 | Med EE | 102.75 | 1,644.00 |
| Overtime Premium 1 1/2 | | | | | 2,420.16 | Dent EE | 16.00 | 256.00 |
| Holiday Pay | | | | | 261.00 | Visn EE | 6.02 | 96.32 |
| Time Bank Paid | | | | | 565.50 | 401K | 24.39 | 664.67 |
| Time Bank Sell Back | | | | | 108.75 | OptLfEmp | 1.09 | 17.44 |
| Other Non-Paid Income | | | | Current | YTD | OptLfSp | 3.56 | 56.96 |
| EE GTLI Taxable | | | | 0.97 | 15.34 | OptLfCh | 0.70 | 11.20 |
| | | | | | | StdtLoan | 103.42 | 247.19 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD | Current Net Pay Distribution | |
|---|---|---|---|---|---|---|---|
| W/H   EE FED | 37.94 | 2,230.45 | W/H tax   FED | 663.99 | 19,495.02 | MUTUAL SAVINGS C | 393.37 |
| OASDI EE FED | 42.68 | 1,249.90 | OASDI EE FED | 688.38 | 20,159.69 | | |
| MedcarEE FED | 9.99 | 292.32 | Medic EE FED | 688.38 | 20,159.69 | | |
| W/H   EE AL | 25.24 | 766.29 | W/H tax   AL | 663.99 | 19,495.02 | | |
| Occup.EE AL0G | 6.88 | 201.60 | Occup.EE AL0G | 688.38 | 20,159.69 | | |

Vacation Balance    80.00        Time Bank Balance    37.20

```
ALBERT STURDIVANT                          CMC Mills
Employee Number: 00025330                  0212 CMC Steel Alabama    10002055   Cost Center: 200261
Pay Period: 04/19/2015 - 04/25/2015        Payroll Area: W1  Pay Date: 04/30/2015   CMC STEEL AL SHIP CREW
```

| | Earnings | Taxes | Deductions | Net Pay | | Mar.Status | Exemptions | Addl. Amount |
|---|---|---|---|---|---|---|---|---|
| Current | 1,182.35 | 265.86 | 73.65 | 842.84 | FED | Single | 04 | 0.00 |
| YTD | 23,323.02 | 5,006.42 | 3,677.83 | 14,638.77 | AL | Head of | 02 | 0.00 |

| Earnings | Retro Period | Hrs | Rate | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | | 40.00 | 22.10 | 884.00 | 14,830.18 | 40KLDed | | 648.55 |
| Overtime Base - 1 1/2 | | 9.00 | 22.10 | 198.90 | 5,037.98 | Med EE | 38.15 | 1,644.00 |
| Overtime Premium 1 1/2 | | 9.00 | 11.05 | 99.45 | 2,519.61 | Dent EE | | 256.00 |
| Holiday Pay | | | | | 261.00 | Visn EE | | 96.32 |
| Time Bank Paid | | | | | 565.50 | 401K | 35.50 | 700.17 |
| Time Bank Sell Back | | | | | 108.75 | OptLfEmp | | 17.44 |
| Other Non-Paid Income | | | | Current | YTD | OptLfSp | | 56.96 |
| EE GTLI Taxable | | | | 0.97 | 16.31 | OptLfCh | | 11.20 |
| | | | | | | StdtLoan | | 247.19 |

| Taxes | Current | YTD | Taxable Earnings | Current | YTD | Current Net Pay Distribution | |
|---|---|---|---|---|---|---|---|
| W/H    EE FED | 118.08 | 2,348.53 | W/H tax    FED | 1,147.82 | 20,642.84 | MUTUAL SAVINGS C | 842.84 |
| OASDI EE FED | 73.37 | 1,323.27 | OASDI EE FED | 1,183.32 | 21,343.01 | | |
| MedcarEE FED | 17.15 | 309.47 | Medic EE FED | 1,183.32 | 21,343.01 | | |
| W/H    EE AL | 45.43 | 811.72 | W/H tax    AL | 1,147.82 | 20,642.84 | | |
| Occup.EE AL0G | 11.83 | 213.43 | Occup.EE AL0G | 1,183.32 | 21,343.01 | | |

Vacation Balance     80.00          Time Bank Balance :     37.82