UNITED STATES BANKRUPTCY COURT

Northern Dist of Alabama Southern Div

In Re:                                                                         CASE NO: 15-01871-TOM13
ALBERT DEWAYNE STURDIVANT
SSN:      XXX-XX-9765

DEBTOR.

CERTIFICATION OF PLAN COMPLETION

       COMES NOW Bradford W. Caraway, Chapter 13 Trustee, and states upon information and belief that the Debtor(s) has made all payments required for completion of the Chapter 13 plan, paying unsecureds 100.0000%.

       The Trustee will file a Final Report and Account after all payments to creditors have been made. The Trustee requests that the Clerk keep this case open until said Final Report and Account has been filed.

Dated:    December 07, 2018                                /s/Bradford W. Caraway

                                                                           Bradford W. Caraway
                                                                           Chapter 13 Trustee
                                                                           P.O. Box 10848
                                                                           Birmingham, AL  35202-0848
                                                                           (205) 323-4631

tt