IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHRN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 15-01871-TOM13 |
| ALBERT DEWAYNE STURDIVANT ) | |
| SSN: ###-##-9765 ) | |
| SSN: ) | |
| ) | |
| ) | |
| DEBTOR(S) ) | |
| ) | |

## STATUS REPORT TO COURT

**COMES NOW**, Bradford W. Caraway, Chapter 13 Trustee, and states that the above referenced case is not due for a Final Report due to the following reasons:

Waiting on Checks to clear before Filing Final.

Upon a resolution of the remaining issues identified above, the Trustee shall process a Final Report and file same with the Court.

Respectfully submitted this the 15th day of February 2019.

                                           /s/ Bradford W. Caraway
                                           Bradford W. Caraway
                                           Chapter 13 Standing Trustee
                                           Post Office Box 10848
                                           Birmingham, Alabama 35202
                                           (205) 323-4631